UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT LAROY JONES,

    Petitioner,

File no: 1:08-CV-970

v.

HON. ROBERT HOLMES BELL

BLAINE LAFLER,

    Respondent.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Petitioner's habeas corpus petition is summarily **DISMISSED** pursuant to Rule 4, RULES GOVERNING §2254 CASES.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.


Date:   January 9, 2008        /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   UNITED STATES DISTRICT JUDGE